UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>Plaintiff,<br><br>v.<br><br>LEIGH LAW GROUP, P.C, (LLG), et al.,<br><br>Defendants. | Case No. 20-cv-03045-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Wilson v. Mount Diablo Unified School District/Special Education*, Case No. 3:19-cv-03441-MMC.

**IT IS SO ORDERED.**

Dated:   5/6/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge