IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON, <br><br> Plaintiff, <br><br> v. <br><br> MOUNT DIABLO UNIFIED SCHOOL DISTRICT/SPECIAL EDUCATION LOCAL PLAN AREA, et al., <br><br> Defendants. | Case No. 19-cv-03441-MMC <br><br> **AMENDED**[*] **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND; DISMISSING COMPLAINT** |

Before the Court is plaintiff Michael Geary Wilson's ("Wilson") "Request," filed March 19, 2020, "to Add New Causes of Action and New Defendants to His First Amended Complaint." Defendants have filed opposition, to which Wilson has replied. Having read and considered the parties' respective written submissions, the Court finds the matter appropriate for decision thereon and rules as follows.

## BACKGROUND

On June 17, 2019, Wilson, proceeding pro se and in forma pauperis, filed his initial complaint in the above-titled action, asserting therein five federal Claims for Relief and two state law Claims for Relief, namely, (1) "Attempted Civil Extortion under California Penal Code §§ 518 et seq.," (2) "Intentional Infliction of Emotional Distress," (3) "42 U.S.C. § 1983," (4) "Conspiracy to Affect the Due Course of Justice in a State (42 U.S.C. § 1985(2))," (5) "Conspiracy to Deny the Equal Protection of the Laws (42 U.S.C. § 1985(3))," (6) "Failure to Prevent Violations of 42 U.S.C. § 1985 (42 U.S.C. § 1986)," and (7) "42 U.S.C. § 1983 Monell Liability."

Thereafter, defendants filed multiple motions to dismiss, which, in an order filed

---

[*] The sole amendment is to substitute "No. 3:20-cv-3368-MMC" for "No. 3:20-cv-3668-MMC." (See pp. 2:25, 3:4, & 3:10.)

February 27, 2020, the Court granted. By said order, the Court dismissed the federal claims in Wilson's initial complaint, afforded him limited leave to amend "to cure the deficiencies noted" (see Order, filed February 27, 2020, at 10:21-22), and precluded him from "add[ing] any new claims or new defendants without first obtaining leave of court" (see id. at 10:28-11:1).[1]

On March 19, 2020, rather than file an amended complaint, Wilson filed the instant motion, attaching thereto a proposed First Amended Complaint ("FAC"), wherein Wilson realleges the claims asserted in his initial complaint and adds nine new claims and twenty-eight new defendants

**DISCUSSION**

The Court construes Wilson's motion as a request for leave to file an amended complaint that includes claims and parties beyond those for which he was afforded leave to amend.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the "court should freely give leave [to amend] when justice so requires." See Fed. R. Civ. P. 15(a)(2). Accordingly, the instant motion is hereby GRANTED, and, in the interests of judicial economy, the proposed FAC is deemed filed. (See Doc. No. 75.)

Where, as here, however, a party proceeds in forma pauperis, the district court, pursuant to 28 U.S.C. § 1915(e)(2), must dismiss the complaint "at any time if the court determines" the plaintiff "fails to state a claim on which relief may be granted" or the action is "frivolous and malicious." See 28 U.S.C. § 1915(e)(2)(B).

In this instance, the Court finds the FAC is subject to dismissal in its entirety, for the reason that all of the claims alleged therein are already alleged in a separate action pending before this Court, specifically, Wilson v. Mt. Diablo Unified School District, et al., No. 3:20-cv-3368-MMC. See Cato v. U.S., 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)

---

[1] Additionally, the Court declined to exercise supplemental jurisdiction over Wilson's state law claims and dismissed those claims without prejudice to refiling if Wilson elected to amend.

(finding district court has discretion to dismiss where plaintiff proceeds in forma pauperis and complaint "merely repeats pending or previously litigated claims" (citing former 28 U.S.C. § 1915(d)) (internal quotation and citation omitted));[2] see also Complaint at 5:16-18, Wilson v. Mt. Diablo Unified School District, et al., No. 3:20-cv-3368-MMC (N.D. Cal. May 14, 2020), Doc. No. 1 ("add[ing] the facts, defendants and claims from my 3/19/2020 First Amended Complaint (FAC) in Case No. 19-cv-3441-MMC to this Complaint").

## CONCLUSION

For the reasons stated above, the FAC is hereby DISMISSED, without prejudice to plaintiff's prosecuting such claims in Wilson v. Mt. Diablo Unified School District, et al., No. 3:20-cv-3368-MMC.

**IT IS SO ORDERED.**

Dated: June 25, 2020

MAXINE M. CHESNEY
United States District Judge

---

[2] In 1996, § 1915(e) replaced § 1915(d).