United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

Plaintiff,

v.

CITY OF WALNUT CREEK, et al.,

Defendants.

Case No.  20-cv-02721-PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to Wilson v. Mount Diablo Unified School District/Special Education Local Plan Area (Diablo) et al., 20-cv-03368-MMC, and Wilson v. Mount Diablo Unified School District/Special Education Local Plan Area et al., 19-cv-03441-MMC.

**IT IS SO ORDERED.**

Dated: July 2, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge